IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MATTHEW BYRD**                                                                      **PLAINTIFF**

**v.**                                              **CAUSE NO.1:23CV122-LG-BWR**

**PROCOLLECT, INC.;
EQUIFAX INFORMATION
SERVICES, LLC; TRANS
UNION LLC; EXPERIAN
INFORMATION SOLUTIONS,
LLC; and JOHN DOES 1-10**                                            **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

Plaintiff Matthew Byrd and Defendants Equifax Information Services, LLC, and Trans Union, LLC, have agreed to and announced to the Court a settlement of Plaintiff's claims against these two defendants. The Court being advised that these parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants Equifax Information Services, LLC, and Trans Union, LLC**,** are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that all other claims remain pending.

**SO ORDERED AND ADJUDGED** this the 17th day of July, 2023.

                                             s/ *Louis Guirola, Jr.*
                                             Louis Guirola, Jr.
                                             United States District Judge